THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest
 of Rashad I., A Minor Under The Age Of Seventeen, Appellant.
 
 
 

Appeal From Laurens County
 Joseph W. McGowan, III, Family Court
 Judge
Unpublished Opinion No. 2009-UP-230
Submitted May 1, 2009  Filed May 27, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia, and Solicitor Jerry W. Peace, of Greenwood; for Respondent.
 
 
 

PER CURIAM:  Rashad I.
 appeals his guilty plea and sentence to assault and battery of a high and
 aggravated nature and attempted armed robbery, arguing the family court erred
 refusing to consider sentencing him to probation and alternative placement.  After a thorough review of the record
 and counsel's brief, pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.